O

# United States District Court
# Central District of California

| | |
|---|---|
| EDELBROCK, LLC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENESIS GROUP INTERNATIONAL (USA), INC.; and DOES 1–10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-cv-01024-ODW(Ex)<br><br>**ORDER RE. SUPPLEMENTAL BRIEFING** |

　　　　On March 30, 2015, Plaintiff Edelbrock LLC moved for Default Judgment against Defendant Genesis Group International (USA), Inc. seeking Declaratory Relief holding that Edelbrock's supercharger did not infringe upon U.S. Patent No. 7,694,667 B2 ("the '667 Patent"). (ECF No. 17.) After reviewing the Motion and supporting evidence, the Court requests additional information regarding Edelbrock's supercharger for which a finding on non-infringement was sought. The only information provided was the Declaration of Robert Simons, which contained a mere three sentences of information. (*Id.* at 11, ¶¶ 2–4.)

　　　　The Court therefore **ORDERS** Edelbrock to submit supplemental briefing, evidence, or both, by **Friday, July 10, 2015**, establishing why Edelbrock's

supercharger does not infringe upon the '667 Patent. The Court also **ORDERS** Edelbrock to serve its response on Genesis, who has yet to file an appearance in this case. Failure to timely respond will result in denial of the Motion for Default Judgment.

**IT IS SO ORDERED.**

June 30, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**