O

JS-6

# United States District Court
# Central District of California

EDELBROCK, LLC.,

    Plaintiff,

  v.

GENESIS GROUP INTERNATIONAL (USA), INC.; and DOES 1–10 inclusive,

    Defendants.

Case No. 2:15-cv-01024-ODW(Ex)

**JUDGMENT**

  Plaintiff Edelbrock LLC filed a Complaint against Defendant Genesis Group International (USA), Inc. seeking a declaration that Edelbrock LLC does not infringe United States Patent No. US 7,694,667 entitled Apparatus for a Vehicle. Based upon the Complaint, the Clerk's Entry of Default and the other evidence presented by Plaintiff Edelbrock LLC, the Court hereby FINDS, DECLARES and ADJUDGES:

  1. The Court has jurisdiction to enter this judgment pursuant to 28 U.S.C. §§ 2201 and 2202 (Declaratory Judgment Act) and 28 U.S.C. §§ 1331, 1338(a), 2201 and 2202 because the claims asserted in the Complaint were based upon patent infringement and invalidity.

2. Defendant Genesis Group International (USA), Inc. is the owner of United States Patent No. US 7,694,667.

3. Plaintiff Edelbrock LLC's superchargers do not infringe United States Patent No. US 7,694,667.

**IT IS SO ORDERED.**

August 12, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**